# Exhibit 2



# No Surprises Act Implementing Regulations

## Association of Air Medical Services (AAMS)

June 28, 2021

# Overview of the Air Ambulance Industry

- **Integral Role in the Emergency Medical System**: Air ambulances are often the only lifeline critically ill and injured patients have to care, especially in rural areas.

- **Emergency Air Ambulance Providers Play No Role in Determining Patient Transports**: Emergency air ambulance providers are only requested by physicians and first responders; they only determine whether aviation conditions are safe to fly. Most state licensures include a duty to respond.

- **Air Ambulances Operate Under a Complex Regulatory Scheme**: Air ambulances frequently must obtain two levels of authorization: federal (FAA Part 135 Certificate) and state (state licensure in one or more states).

- **AAMS:** AAMS represents over 93 percent of air ambulance providers in the U.S., with 300 members operating more than 1,000 helicopter air ambulances and 200 fixed wing air ambulance services.



2

# Defining the Qualifying Payment Amount (QPA)

## Taking an Expansive View of the QPA

- **Lack of Networks**: Insurers have historically paid for most air ambulance services on an out-of-network basis. Where a lack of networks exist, historical and non-contracted rates should also be considered.

- **Volume Disadvantage**: The volume of emergent and unplanned transports in rural communities can vary greatly, creating a natural disincentive for insurers to contract.

- **Comparable Services**: The median rate should be based on rates for services that are comparable in terms of transport, vehicle type, transport distance, geographic region, and provider type.  For example, stand-alone entities and entities that bill through a hospital system may differ in their approaches to rate negotiations.



3

# Aligning Geographic Regions with Service Areas

## Ensuring that Geographic Regions Reflect Care Delivery

- **Limited Number of In-Network Contracts**: In some areas, there may be too small a number of in-network contracts to derive a representative QPA that provides fair market rates.

- **Air Ambulance Services Do Not Align with State Borders**: More than **33 percent** of helicopter air ambulance flights will cross a state border and **nearly all** will cross a county/municipal boundary.



4

# Complete Payment Denials

## Preventing Surprise Billing Due to Medical Necessity

- **The Act Reaches Offers of $0.00 Payment**: Insurers must send to providers "an initial payment **or** notice of denial of payment"; Congress did not exempt any payment types.

- **Future Surprise Billing Risk**:. Insurers may attempt to game the system by deciding that air ambulance transports are medically unnecessary or non-emergent.

- **Undermining the Act's Purpose**: This process was intended to cover payment denials-otherwise a loophole exists. Providers will have no avenue for dispute resolution.



5

# Recommendations

- **QPA**: The QPA should be based on fair market rates for services that are comparable in terms of transport type (emergency vs. non-emergency), vehicle type (fixed-wing vs. rotor-wing), transport distance, geographic region, and provider type (providers that bill through a hospital system vs. those that do not) and derive from a broad range of contracts so that any outliers do not skew the final amount.

- **Geographic Regions**: Geographic regions should align with the actual service areas of air ambulances, not necessarily states or subdivisions of states.

- **Medical Necessity**: The final rule should acknowledge that the Act reaches disputes where the group health plan sponsor or insurer offers the air ambulance provider a payment of $0.00 (including for medical necessity denials).

