AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03031-RJL |
| U.S. DEP'T OF HEALTH & HUMAN SERVS., et al, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae American Benefits Council, Business Group On Health, Council of Insurance Agents and Brokers, ERISA Industry Committee, HR Policy Association, National Alliance of Health Care Purchaser Coalitions, National Retail Federation, Purchaser Business Group On Health, Self-Insurance Institute of America, and UNITE HERE.

Date: 01/21/2022

/s/ Kara P. Wheatley
*Attorney's signature*

Kara P. Wheatley - DC Bar No. 975541
*Printed name and bar number*

Groom Law Group, Chartered
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006
*Address*

kwheatley@groom.com
*E-mail address*

(202) 861-6339
*Telephone number*

(202) 659-4503
*FAX number*