# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Civ. Action No. 1:21-cv-3031-RJL |

## NOTICE OF THE DEPARTMENTS' DECISION TO APPEAL

Plaintiffs in the AMA/AHA action respectfully notify the Court that the Departments filed a Notice of Appeal on April 22, 2022, in *Texas Medical Association. v. U.S. Department of Health and Human Services*, No. 6:21-cv-00425 (Exhibit A). The Departments' decision to appeal the Eastern District of Texas's decision confirms that a live controversy remains in this case. Not only have the Departments failed to abandon their unlawful interpretation of the No Surprises Act, *see* ECF Nos. 61, 62, it is now abundantly clear that they have no intention of acquiescing to the Texas decision. Under well-established precedent, where "the government ha[s] announced 'an intention' to restore the rule under challenge if the lower-court decision [is] vacated," the controversy remains "live." *Am. Bankers Ass'n v. Nat'l Credit Union Admin.*, 934 F.3d 649, 661 (D.C. Cir. 2019).

The Departments' decision to appeal makes it all the more imperative for the Court to enter an order without delay holding that the presumption in favor of the qualifying payment amount (QPA) is unlawful, and vacating all the provisions of the September Rule challenged by the AMA/AHA Plaintiffs.

Respectfully submitted,

Dated: April 27, 2022

/s/ Stephanie Ann Webster
Stephanie Ann Webster
  D.C. Bar No. 982539
Douglas Harry Hallward-Driemeier
  D.C. Bar No. 994052
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 508-4859
Stephanie.Webster@ropesgray.com

Chad Golder
  D.C. Bar No. 976914
American Hospital Association
800 10th Street, N.W.
Two CityCenter, Suite 400
Washington, D.C. 20001
Telephone: (202) 262-4624
cgolder@aha.org

*Counsel to Plaintiffs American Hospital Association, Renown Health, and UMass Memorial Health Care, Inc.*

James E. Tysse
  D.C. Bar No. 978722
Kelly M. Cleary
  D.C. Bar No. 985642
Caroline L. Wolverton
  D.C. Bar No. 496433
Daniel David Graver
  D.C. Bar No. 1020026
Kristen E. Loveland
  D.C. Bar No. 1684978
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com

*Counsel to Plaintiffs American Medical Association, Stuart M. Squires, M.D., and Victor F. Kubit, M.D.*