IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF AIR MEDICAL SERVICES,

Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

No. 1:21-cv-03031-RJL

Consolidated with
No. 1:21-cv-03231-RJL

**DEFENDANTS' RESPONSE TO NOTICES OF SUPPLEMENTAL AUTHORITY**

The Defendants respectfully submit this response to the Plaintiffs' notices of supplemental authority. ECF No. 64, ECF No. 65. These notices informed the Court of the Defendants' filing of a notice of appeal of the judgment in *Texas Medical Association v. U.S. Department of Health and Human Services*, No. 6:21-cv-425-JDK (E.D. Tex.), *see* ECF No. 64, and the Defendants' filing of a motion in the Fifth Circuit to hold that appeal in abeyance during the pendency of ongoing rulemaking proceedings, *see* ECF No. 65.

The Defendants respectfully inform the Court that the United States Court of Appeals for the Fifth Circuit has granted their motion, and has "stay[ed] further proceedings in [that] court pending ongoing rulemaking proceedings involving provisions of the No Surprises Act[.]" Order, *Tex. Med. Ass'n v. U.S. Dep't of Health & Human Servs.*, No. 22-40264 (5th Cir. May 3, 2022) (attached hereto as Exhibit 1).

Dated: May 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ Joel McElvain
JOEL McELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
Fax: (202) 616-8470
E-mail: Joel.L.McElvain@usdoj.gov
D.C. Bar No. 448431

*Counsel for Defendants*