IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | Civ. No. 1:21-cv-3031 (RJL)<br><br>Consolidated with<br>No. 1:21-cv-3231 (RJL) |

**ORDER**

Upon consideration of Plaintiff's Motion for a Status Conference, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**ORDERED** that the Defendants shall come prepared to address the publication of the final rule at a status conference held in Courtroom #18 [~~telephonically/over videoconference~~] on [~~date~~] August 24, 2022 at 3:30 pm.

Dated: 8/4/22

_____
Hon. Richard J. Leon
Senior United States District Judge