IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 1:21-cv-03031-RJL <br><br> Consolidated with <br> No. 1:21-cv-03231-RJL |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendants respectfully notify the Court that the Department of the Treasury, the Department of Labor, and the Department of Health and Human Services (HHS) jointly released a final rule today that finalizes certain provisions of the regulations under the No Surprises Act that are at issue in this litigation. The rule finalizes portions of HHS's regulations under the Act, 45 C.F.R. §§ 149.140, 149.510, and 149.520, as well as portions of the parallel provisions of the Treasury and Labor regulations. The final rule is attached as an exhibit to this filing for the Court's convenience.

The preamble of the final rule recites that "these final rules are not intended to impose a rebuttable presumption for payment determinations in the Federal IDR process." Ex. A at 34.

Dated: August 19, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ Joel McElvain
JOEL McELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20005
Phone: (202) 616-8298
Fax: (202) 616-8470
E-mail: Joel.L.McElvain@usdoj.gov
D.C. Bar No. 448431

*Counsel for Defendants*