### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 1:21-cv-03031-RJL <br><br> Consolidated with <br> No. 1:21-cv-03231-RJL |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS ASSERTED IN CASE 21-cv-3231**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to Civil Action No. 21-3231—Plaintiffs American Medical Association, American Hospital Association, Renown Health, UMass Memorial Health Care, Inc., Stuart M. Squires, M.D., and Victor F. Kubit, M.D., and Defendants U.S. Department of Health and Human Services, Secretary Xavier Becerra, U.S. Office of Personnel Management, Director Kiran Ahuja, U.S. Department of Labor, Secretary Martin J. Walsh, U.S. Department of the Treasury, and Secretary Janet Yellen—hereby stipulate to dismissal of the claims asserted in Civil Action No. 21-3231, which was consolidated with Civil Action No. 21-3031. Each party shall bear its own costs, fees, and expenses.

September 20, 2022

Respectfully submitted,

  /s/ James E. Tysse
JAMES E. TYSSE
  D.C. Bar No. 978722
KELLY M. CLEARY
  D.C. Bar No. 985642
CAROLINE L. WOLVERTON
  D.C. Bar No. 496433
DANIEL DAVID GRAVER
  D.C. Bar No. 1020026
KRISTEN E. LOVELAND
  D.C. Bar No. 1684978
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com

*Counsel to Plaintiffs American Medical Association, Stuart M. Squires, M.D., and Victor F. Kubit, M.D.*

  /s/    Chad Golder
CHAD GOLDER
  D.C. Bar No. 976914
American Hospital Association
800 10th Street, N.W.
Two CityCenter, Suite 400
Washington, D.C. 20001
Telephone: (202) 262-4624
cgolder@aha.org

*Counsel to Plaintiffs American Hospital Association, Renown Health, and UMass Memorial Health Care, Inc.*

  /s/ Joel L. McElvain
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

JOEL McELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
Fax: (202) 616-8470
E-mail: Joel.L.McElvain@usdoj.gov
D.C. Bar No. 448431

*Counsel to Defendants*