IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:21-cv-03031-RJL<br>) |
| U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*, | ) Consolidated with<br>) No. 1:21-cv-03231-RJL<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

The Defendants respectfully request that the Court take judicial notice of a press release issued by the American Medical Association and the American Hospital Association—Plaintiffs in Civil Action No. 21-3231—on the afternoon of September 20, 2022, after the filing of the stipulation of dismissal of their claims in this action (ECF No. 76). A copy of the press release is attached for the Court's convenience.

Dated: September 21, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ Joel McElvain
JOEL McELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
Fax: (202) 616-8470
E-mail: Joel.L.McElvain@usdoj.gov
D.C. Bar No. 448431

*Counsel for Defendants*