9/21/22, 10:17 AM   AHA, AMA move to dismiss challenge to No Surprises Act interim final rule, plan to 'make voices heard in courts very soon' on fi…

Case 4:21-cv-03031-RJL Document 77-1 Filed 09/21/22 Page 1 of 4

The latest Updates and Resources on Novel Coronavirus (COVID-19) (/2020-01-22-updates-and-resources-novel-coronavirus-2019-cov).

 American Hospital Association™
(/)

 (/)   /   News (/taxonomy/term/104)   /   Headline (/taxonomy/term/107)

# AHA, AMA move to dismiss challenge to No Surprises Act interim final rule, plan to 'make voices heard in courts very soon' on final rule

 Sep 20, 2022 - 03:22 PM



The AHA and American Medical Association today moved to dismiss their challenge to the federal government's September 2021 interim final rule governing the No Surprises Act's independent dispute resolution process.

9/21/22, 10:17 AM                AHA, AMA move to dismiss challenge to No Surprises Act interim final rule plan to make voices heard in courts very soon' on fi…

Case 4:21-cv-03031-RJL Document 77-1 Filed 09/21/22 Page 2 of 4

The groups challenged the rule in a District of Columbia court last December, but the lawsuit became moot when the Administration released a revised final rule on Aug. 26. However, the AHA and AMA remain concerned that the final rule continues to favor insurers and does not line up with what Congress intended when it passed the law.

In a joint statement the AHA and AMA said, "No patient should fear receiving a surprise medical bill. That is why the AHA and AMA strongly supported the No Surprises Act to protect patients from unexpected medical bills and keep them out of the middle of any billing disputes between providers and commercial health insurance companies. Congress enacted the law with a balanced, patient-friendly approach, and it should be implemented that way. We have serious concerns that the August 2022 final rule departs from Congressional intent just as the September 2021 interim final rule did. Hospitals and doctors intend to make our voices heard in the courts very soon about these continued problems."

The AHA and AMA's suit did not seek to prevent the law's core patient protections from moving forward. It sought only to force the Administration to bring the regulations in line with the law before the dispute negotiations begin.

**RELATED TOPICS:**     Legislative (/topics/legislative)

# Related News Articles

**HEADLINE**

### Court allows UnitedHealth-Change Healthcare merger to proceed (/news/headline/2022-09-20-court-allows-unitedhealth-change-healthcare-

UnitedHealth Group may proceed with its proposal to acquire Change Healthcare, a federal district judge ruled yesterday. The Department of Justice, joined by…

**HEADLINE**

### Senate passes reconciliation bill with Marketplace, Medicare drug provisions (/news/headline/2022-08-08-senate-passes-reconciliation-bill-

The Senate yesterday voted 51-50 to pass the Inflation Reduction Act (H.R. 5376), a roughly $700 billion social spending package that includes health care,…

**HEADLINE**

### Senate consideration of reconciliation bill with Marketplace, Medicare drug provisions begins Saturday (/news/headline/2022-08-05-senate-

The Senate this weekend is expected to take up the Inflation Reduction Act (H.R. 5376), the latest version of the Build

9/21/22, 10:17 AM  AHA, AMA move to dismiss challenge to No Surprises Act interim final rule, plan to 'make voices heard in courts very soon' on fi…

Case 4:21-cv-03031-RJL Document 77-1 Filed 09/21/22 Page 3 of 4

Back Better Act, a roughly $700 billion…

**HEADLINE**

**House committee passes HHS appropriations bill for FY 2023 (/news/headline/2022-06-30-house-committee-passes-hhs-appropriations-**

The House Appropriations Committee today voted 32-24 to approve legislation that would provide $242.1 billion in funding for the departments of Labor, Health…

**HEADLINE**

**Senate FDA bill clears committee, would modify regulatory framework for lab developed tests   (/news/headline/2022-06-15-senate-fda-bill-clears-**

The Senate Health, Education, Labor & Pensions Committee last night voted 13-9 to advance legislation that would reauthorize Food and Drug Administration…

**HEADLINE**

**AHA urges lawmakers to refine legislation on laboratory developed tests (/news/headline/2022-06-06-aha-urges-lawmakers-refine-legislation-**

AHA Friday urged lawmakers to consider certain changes to the Verifying Accurate Leading-Edge IVCT Development (VALID) Act, legislation that would modify the…

 (/)

**ABOUT AHA (/ABOUT)**

**ADVOCACY (/ADVOCACY/2020-01-30-2020-AHA-ADVOCACY-AGENDA)**

**CAREER RESOURCES (/ABOUT/CAREERS-AHA)**

**DATA & INSIGHTS (/DATA-INSIGHTS/HEALTH-CARE-BIG-PICTURE)**

**EDUCATION AND EVENTS (/CALENDAR)**

**NEWS (/NEWS)**

9/21/22, 10:17 AM   AHA, AMA move to dismiss challenge to No Surprises Act interim final rule, plan to 'make voices heard in courts very soon' on fi…

Case 4:21-cv-03031-RJL Document 77-1 Filed 09/21/22 Page 4 of 4

**ADVANCING HEALTH IN AMERICA (/ADVANCING-HEALTH-IN-AMERICA)**

**PRESS CENTER (/PRESS-CENTER)**

**AFFILIATED ORGANIZATIONS (/ABOUT/AHA-RELATED-ORGANIZATIONS)**

© 2022 by the American Hospital Association. All rights reserved.    Privacy Policy (/help/privacy.shtml)    Terms of Use (/help/termsofuse)

 (https://www.facebook.com/ahahospitals)    (http://twitter.com/ahahospitals)
 (http://www.youtube.com/user/AHAhospitals)
 (https://www.instagram.com/ahahospitals/)

Noncommercial use of original content on www.aha.org is granted to AHA Institutional Members, their employees and State, Regional and Metro Hospital Associations unless otherwise indicated. AHA does not claim ownership of any content, including content incorporated by permission into AHA produced materials, created by any third party and cannot grant permission to use, distribute or otherwise reproduce such third party content. To request permission to reproduce AHA content, please click here (https://askrc.libraryresearch.info/reft100.aspx?key=ExtPerm).