**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HU-MAN SERVICES, et al.,<br><br>*Defendants*. | Civ. No. 1:21-cv-3031 (RJL)<br><br>Consolidated with<br>No. 1:21-cv-3231 (RJL) |

### JOINT STIPULATION OF PARTIAL DISMISSAL IN CASE 21-cv-3031

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Association of Air Medical Services (AAMS) and Defendants U.S. Department of Health and Human Services, Secretary Xavier Becerra, U.S. Office of Personnel Management, Director Kiran Ahuja, Associate Director Laurie Bodenheimer, U.S. Department of Labor, Secretary Martin J. Walsh, U.S. Employee Benefits Security Administration, Principal Deputy Assistant Secretary Ali Khawar, U.S. Department of the Treasury, Secretary Janet Yellen, Assistant Secretary Lily L. Batchelder, Internal Revenue Service, Commissioner Charles Rettig, and Deputy Commissioner Douglas W. O'Donnell, hereby stipulate to dismissal of Count I asserted in Civil Action No. 21-3031 (the challenge to Interim Final Rule Part II). Each party shall bear its own costs, fees, and expenses.

2

Dated: September 30, 2022           Respectfully submitted,

/s/ *Joel L. McElvain*           /s/ *Brian R. Stimson*
Brian M. Boynton           Brian R. Stimson (D.C. Bar No. 1657563)
*Principal Deputy Assistant Attorney General*  Sarah P. Hogarth (D.C. Bar. No. 1033884)
           MCDERMOTT WILL & EMERY LLP
Eric B. Beckenhauer           500 North Capitol Street NW
*Assistant Branch Director*           Washington, DC 20001
           (202) 756-8000
Joel McElvain (D.C. Bar No. 448431)           bstimson@mwe.com
*Senior Trial Counsel*           shogarth@mwe.com
Anna L. Deffebach (D.C. Bar No. 241346)
*Trial Attorney*           *Attorneys for Plaintiff*
United States Department of Justice           *Association of Air Medical Services*
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 616-8298
Joel.L.McElvain@usdoj.gov

*Attorneys for Defendants*

2