IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>            Defendants. | No. 1:21-cv-03031-RJL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Joel McElvain, U.S. Department of Justice, Civil Division, hereby withdraws his appearance on behalf of the Defendants. The Defendants will continue to be represented by their counsel of record, Anna L. Deffebach, U.S. Department of Justice, Civil Division.

Dated: October 20, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Joel McElvain*
JOEL McELVAIN
Senior Trial Counsel
ANNA L. DEFFEBACH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298

2

Fax: (202) 616-8470
E-mail: joel.l.mcelvain@usdoj.gov

*Counsel for Defendants*