UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AIR MEDICAL SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Case No. 21-3031 (RJL) |

**ORDER**
(August 4, 2023) [Dkts. 5, 10]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that the plaintiff's Motion for Summary Judgment is **DENIED** and the defendants' Cross Motion for Summary Judgment is **GRANTED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

1